**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIGRAN VOSKANYAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Defendant. | Case No.:  CV 24-03733-DMG-MRW<br><br>ORDER [23]<br><br>HON.  DOLLY M. GEE |

   Good causing appearing, the stipulated request of Plaintiff Tigran Voskanyan ("Plaintiff") and Defendant American Express National Bank ("American Express"), for dismissal of the case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby **APPROVED**. Further, Plaintiff and Defendant shall bear their own fees and costs.

   IT IS SO ORDERED.

Dated:  May 14, 2025

_____
DOLLY M. GEE
Chief United States District Judge